U.S. District Court
Wisconsin Eastern
OCT 28 2026
FILED
Clerk of Court

# COMPLAINT

**(for non-prisoner filers without lawyers)**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

(Full name of plaintiff(s))

Matthew Thomas Zaccone

v.

(Full name of defendant(s))

Milwaukee Public Schools

Case Number: 26-C-2008

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin (State) and resides at 3209 W Manitoba St. (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Milwaukee Public Schools (Name)

is (if a person or private corporation) a citizen of Wisconsin
(State, if known)

and (if a person) resides at 5225 W Vliet St.
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Milwaukee Public Schools
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The Plaintiff, Matthew Zaccone, Worked at Milwaukee Public Schools (MPS), as a special education teacher, at its Milwaukee location from 2019 to 2026. On May 19, 2026, Milwaukee public schools fired Zaccone from his job due to his disability. As a result, Zaccone suffered loss of wages, health insurance, and reputation. At Milwaukee Public Schools, a Central Office hearing (C.O.) took place that involved an MPS assistant principal and HR director. During the time of my C.O. Hearing at MPS assistant principal and the school that I worked at knew that I suffered from a disability I disclosed this to her several times and took time off of work due to mental health. This was not addressed during the C.O. hearing. Also, I mentioned my mental health in an email that was used against me in the C.O. hearing. During my C.O. hearing I

was crying profusely and having manic episodes of my disability; they had to pause the meeting several times.I believe that they used my manic episode to not address my disability and put blame on me. The assistant principal that participated in my C.O. Hearing, borrowed large sums of money from me and owed me money. This was why she did not address my mental health that I mentioned to her throughout the year and me taking mental health days off work. Another factor was that my C.O. hearing took place at the end of the school year which resulted in my case being rushed.

C. JURISDICTION

- [x] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

- [ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ ______________.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like the court to award me with my job back as a special education teacher with Milwaukee Public Schools. I would like Milwaukee Public Schools to recognize my disability.

E. JURY DEMAND

I want a jury to hear my case.

☒ – YES ☑ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 26 day of October 20 26.

Respectfully Submitted,

Signature of Plaintiff

262-900-3099

Plaintiff's Telephone Number

matthewzaccone@hotmail.com

Plaintiff's Email Address

3209 W Manitoba St. Milw WI 53215

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.